FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 AUG 21 PM 4:29

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NATHAN LEE KEMPTER,

Defendant.

4:19CR 3087

INDICTMENT
18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)

The Grand Jury charges that

COUNT I

Beginning on or about July 15, 2019, and continuing until on or about August 2, 2019, in the District of Nebraska and elsewhere, NATHAN LEE KEMPTER did use a facility and means of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

COUNT II

On or about August 2, 2019, in the District of Nebraska and elsewhere, NATHAN LEE KEMPTER did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person in that NATHAN LEE KEMPTER drove from Colorado to Lincoln, Nebraska, for the purpose of having sex with a minor female, hereinafter referred to as "Victim 1.".

In violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

STEVEN A. RUSSELL #16925
Assistant U.S. Attorney